UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20550-CR-ALTONAGA/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

LAZARO DANIEL COLLAZO,
    Defendant.
_____/

### ORDER

THIS MATTER is before the Court on the Defendant's Motion for the Issuance of Rule 17(c) Subpoenas and to Compel the United States Attorney's Office and Major League Baseball to Comply with the Subpoenas Prior to Trial (DE# 145, 11/20/14). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that if the government or Major League Baseball oppose the Defendant's Motion for the Issuance of Rule 17(c) Subpoenas and to Compel the United States Attorney's Office and Major League Baseball to Comply with the Subpoenas Prior to Trial (DE# 145, 11/20/14), they shall file a response to the instant motion on or before **Monday, December 8, 2014**. The defendant may file a reply no later than **Monday, December 15, 2014**.

DONE AND ORDERED, in Chambers, at Miami, Florida this **26th** day of November, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record

Copies mailed by Chambers to:
John D. Couriel, Esq.
Kobre & Kim, LLP
2 S. Biscayne Blvd Fl 35
Miami, FL 33131-1806