UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20550-CR-ALTONAGA(s)

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

LAZARO DANIEL COLLAZO,

    Defendant.
_____/

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION IN LIMINE OR TO STRIKE THE GOVERNMENT'S EXPERT WITNESSES

    COMES NOW the United States, by and through the undersigned Assistant United States Attorneys, and hereby responds to Defendant Lazaro Daniel Collazo's Motion in Limine or to Strike the Government's Expert Witness. The United States position is it will not call Dr. Jose Mandry as a witness in its case-in-chief. The Unites States does intend to call the following forensic chemists as experts: Holly Cox, Thane Campbell, and Daniel Eichner, of Sports Medicine Research & Testing Laboratory; and Deepa Vanmali, Senior Forensic Chemist for the Drug Enforcement Administration ("DEA"). These witnesses will be called in the United States' case against Yuri Sucart, not against Defendant Collazo.

1

The testimony of these witnesses will relate to the controlled substances that a DEA undercover agent and confidential source purchased from co-defendant Yuri Sucart.

                          Respectfully submitted,

                          WIFREDO A. FERRER
                          UNITED STATES ATTORNEY

By:    s/ Michael P. Sullivan
        MICHAEL P. SULLIVAN
        Assistant United States Attorney
        Florida Bar No. 134814
        U.S. Attorney's Office
        99 N.E. 4th Street, 8th Floor
        Miami, FL 33132
        Telephone: 305-961-9274
        Facsimile: 305-536-4675
        Pat.Sullivan@usdoj.gov

        s/ Sharad A. Motiani
        SHARAD A. MOTIANI
        Assistant United States Attorney
        Florida Bar No. 711233
        U.S. Attorney's Office
        99 N.E. 4th Street, 7th Floor
        Miami, FL 33132
        Telephone: 305-961-9392
        Facsimile: 305-536-7213
        Sharad.A.Motiani@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 5, 2015, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

                                                            s/ *Sharad Motiani*
                                                            Sharad Motiani
                                                            Assistant United States Attorney