UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-20550-CR-ALTONAGA

**UNITED STATES OF AMERICA,**

    Plaintiff,
v.

**LAZARO DANIEL COLLAZO,**

    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on Defendant's Motion to Compel Pretrial Compliance with Rule 17(c) Subpoenas filed by Lazaro Collazo ("Motion") [ECF No. 250]. The Court being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion is **GRANTED**.

2. The Badree parties are hereby ordered to produce and deliver to the Defendant's counsel's office the documents requested under the respective Rule 17(c) Subpoenas previously served upon the Badree parties (copies of which are attached as Composite Exhibit 1 of Defendant's Motion) on or before **February 11, 2015**.

3. In the event that the Badree parties fail to comply with this Order in any regard, the Badree parties will be required to appear before the Court and provide good cause why they should not be held in contempt for their failure to comply with this Order.

4. It is further ordered that service of a copy of this Order upon the Badree parties may be done by e-mail, fax, U.S. mail, or hand delivery. Delivery of this Order by any of the

CASE NO. 1420550-CIV-ALTONAGA

mediums set forth herein shall constitute sufficient notice of this Order and the requirements set forth herein.

**DONE AND ORDERED** in Chambers at Miami Florida this 4th day of February, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record
     Bhalraj Badree
     Professional Protection, Inc.