UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 14-20550-CR-ALTONAGA-5

Plaintiff,
v.

LAZARO DANIEL COLLAZO,

Defendant.
_____/

### NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 3, 2015 VERBAL ORDER

Defendant, **LAZARO DANIEL COLLAZO,** by and through his undersigned counsel, hereby files the following Notice in compliance with this Court's verbal Order at Defendant's Status Conference on February 3, 2015:

1. The Defendant, LAZARO COLLAZO, will not be moving to sever his trial from that of his co-defendant, Yuri Sucart.
2. The Defendant, LAZARO COLLAZO, will not be requesting a separate jury for the trial scheduled to begin on April 6, 2015.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via **CM/ECF** this 10th day of February, 2015 and furnished to: Assistant United States Attorney, Sharad A. Motiani, 99 NE 4th St., Miami, Florida 33132.

Respectfully submitted,

QUINTERO BROCHE, P.A.
Attorney for Defendant
75 Valencia Ave., 8th Floor
Coral Gables, Florida 33134
Tel.:   (305) 446-0303
Fax:    (305) 446-4503

By:   ___/s/FRANK QUINTERO, JR.___
        FRANK QUINTERO, JR.
        Florida Bar No.: 399167



QUINTERO BROCHE
75 Valencia Avenue • Suite 800 • Coral Gables, Florida 33134
Tel: (305) 446-0303 • Fax: (305) 446-4503