UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20550-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**LAZARO DANIEL COLLAZO**, *et al.*,

    Defendants.

_____/

## ORDER REFERRING MOTION TO MAGISTRATE JUDGE

THIS CAUSE came before the Court upon Petitioners' Motion for Entry of Confidentiality Order Prohibiting Defendant Collazo from Disclosing any and All Records, Documents and Information . . . [ECF No. 317] (the "Motion"). Pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Criminal Procedure 59, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **REFERRED** to United States Magistrate Barry L. Garber.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of April, 2015.

                                                    **CECILIA M. ALTONAGA**
                                                    **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Barry L. Garber